UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**UNDER SEAL**

In the Matter of the Search of:

the United States Mail package bearing tracking number 9505 5114 5584 6134 6833 88, further described in Attachment A

Case No. 26 M 335

# SEARCH AND SEIZURE WARRANT

To: Postal Task Force Officer Joy McClain and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before June 1, 2026 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: May 18, 2026 3:58 p.m.

Heather K. McShain
*Judge's signature*

City and State: Chicago, Illinois

HEATHER K. MCSHAIN, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ______________________

______________________________________
*Executing officer's signature*

______________________________________
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The **Subject Parcel** is a United States Priority Mail parcel with Tracking Number 9505 5114 5584 6134 6833 88, addressed to "Stephanie Perez, 3733 W. 76th St., Chicago, IL 60652," with a return address of "Wanda Ortiz, #1385 Jose Ferrer & Ferrer Santiago Iglesias, San Juan, PR, 00920." According to law enforcement, the **Subject Parcel** bears $34.00 in postage, measures approximately 12.25"x12"x 6", and weighs approximately 9 lbs. 6.2 oz

# ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**"), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence, or instrumentalities of the **Subject Offense**;

4. Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5. Items that identify the sender or intended recipient of the **Subject Parcel**.